B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Juan Carlos Rodriguez

**BANKRUPTCY NO.** 6:10−bk−28592−CB

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):    xxx−xx−9614
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 10/5/10

**JOINT DEBTOR INFORMATION:**
Angelica Vasquez Rodriguez

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−3108
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Discharge Date:**  10/5/10

**Address:**
14257 Tonikan Rd
Apple Valley, CA 92307

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: October 5, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

17 − 4 / CBG

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: cbadraunC               Page 1 of 2                   Date Rcvd: Oct 05, 2010
Case: 10-28592                Form ID: b18                  Total Noticed: 29


The following entities were noticed by first class mail on Oct 07, 2010.
db/jdb       +Juan Carlos Rodriguez,   Angelica Vasquez Rodriguez,    14257 Tonikan Rd,
               Apple Valley, CA 92307-4177
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
26683005     +BAC HOME LOANS/CTRYWDE,    450 AMERICAN ST,   Simi Valley, CA 93065-6285
26683006      BANK OF AMERICA,    7505 CORP DR.,   Plano, TX 75023
26683008     +CHASE BANK,    2210 ENTERPRISE DR,   Florence, SC 29501-1109
26683009     +CITY OF VICTORVILLE,    PO BOX 5001,   Victorville, CA 92393-4999
26683010     +DEPARTMENT OF FINANCE AND BUSINESS,    PO BOX 30086,   Reno, NV 89520-3086
26683011     +EMERALD GARDENS,    PO BOX 12117,   Las Vegas, NV 89112-0117
26683012     +ER SYSTEM INC,    800 SW 39TH ST.,   Renton, WA 98057-4975
26683013     +ERA MORTGAGE,    4001 LEADENHALL RD,   Mount Laurel, NJ 08054-4611
26683014     +ERA MORTGAGE,    PO BOX 5452,   Mount Laurel, NJ 08054-5452
26683017     +IC SYSTEMS INC.,    444 HWY 96 EAST,   Saint Paul, MN 55127-2557
26683018     +John Bouzane, Esq,    634 Oak St,   San Bernardino, CA 92410-3338
26683019     +MORTGAGE SERVICE CENTER,    PO BOX 5451,   Mount Laurel, NJ 08054-5451
26683020     +MRS Associated Inc,    C/O CHASE BANK,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
26683021     +NV ENERGY,    PO BOX 30086,   Reno, NV 89520-3086
26683022     +PALISADES COLLECTION LLC,    PO BOX 1244,   Englewood Cliffs, NJ 07632-0244
26683023     +REAL TIME RESOLUTIONS,    PO BOX 35888,   Dallas, TX 75235-0888
26683024     +ST. MARYS HOSPITAL,    1601 CUMMINS DRIVE,   SUITE D-87,   Modesto, CA 95358-6405
26683026     +UNITED STATES TRUSTEE OFFICE,    THE LORING BLDG,   3685 MAIN STREET, STE 300,
               Riverside, CA 92501-2804
26683027     +US BANK RMS,    205 W. 4TH ST,   Cincinnati, OH 45202-4824
26683030     +WFS,    PO BOX 29704,   Phoenix, AZ 85038-9704

The following entities were noticed by electronic transmission on Oct 06, 2010.
tr           +EDI: QJPPRINGLE.COM Oct 06 2010 00:28:00      John P Pringle (TR),
               Roquemore, Pringle & Moore, Inc.,   6055 East Washington Blvd., Suite 500,
               Los Angeles, CA 90040-2466
smg           EDI: CALTAX.COM Oct 06 2010 00:33:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA 95812-2952
26683007     +EDI: CAPITALONE.COM Oct 06 2010 00:28:00      CAPITAL ONE,   PO BOX 30285,
               Salt Lake City, UT 84130-0285
26683015     +EDI: HFC.COM Oct 06 2010 00:28:00      HSBC,   PO BOX 60102,   City of Industry, CA 91716-0102
26683016     +EDI: HFC.COM Oct 06 2010 00:28:00      HSBC CARD,   PO BOX 60102,
               City of Industry, CA 91716-0102
26683026     +E-mail/Text: USTPregion16.RS.ECF@USDOJ.GOV                            UNITED STATES TRUSTEE OFFICE,
               THE LORING BLDG,   3685 MAIN STREET, STE 300,   Riverside, CA 92501-2804
26683028     +EDI: CHASE.COM Oct 06 2010 00:28:00      WASHINGTON MUTUAL/ CHASE,   PO BOX 78065,
               Phoenix, AZ 85062-8065
26683029     +EDI: CHASE.COM Oct 06 2010 00:28:00      WASHINGTON MUTUAL/ CHASE CARD,   PO BOX 78065,
               Phoenix, AZ 85062-8065
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
26815291*    +BAC HOME LOANS/CTRYWDE,    450 AMERICAN ST,   Simi Valley, CA 93065-6285
26815292*     BANK OF AMERICA,    7505 CORP DR.,   Plano, TX 75023
26815293*    +CAPITAL ONE,    PO BOX 30285,   Salt Lake City, UT 84130-0285
26815294*    +CHASE BANK,    2210 ENTERPRISE DR,   Florence, SC 29501-1109
26815295*    +CITY OF VICTORVILLE,    PO BOX 5001,   Victorville, CA 92393-4999
26815296*    +DEPARTMENT OF FINANCE AND BUSINESS,    PO BOX 30086,   Reno, NV 89520-3086
26815297*    +EMERALD GARDENS,    PO BOX 12117,   Las Vegas, NV 89112-0117
26815298*    +ER SYSTEM INC,    800 SW 39TH ST.,   Renton, WA 98057-4975
26815299*    +ERA MORTGAGE,    4001 LEADENHALL RD,   Mount Laurel, NJ 08054-4611
26815300*    +ERA MORTGAGE,    PO BOX 5452,   Mount Laurel, NJ 08054-5452
26815301*    +HSBC,    PO BOX 60102,   City of Industry, CA 91716-0102
26815302*    +HSBC CARD,    PO BOX 60102,   City of Industry, CA 91716-0102
26815303*    +IC SYSTEMS INC.,    444 HWY 96 EAST,   Saint Paul, MN 55127-2557
26815304*    +John Bouzane, Esq,    634 Oak St,   San Bernardino, CA 92410-3338
26815305*    +MORTGAGE SERVICE CENTER,    PO BOX 5451,   Mount Laurel, NJ 08054-5451
26815306*    +NV ENERGY,    PO BOX 30086,   Reno, NV 89520-3086
26815307*    +PALISADES COLLECTION LLC,    PO BOX 1244,   Englewood Cliffs, NJ 07632-0244
26815308*    +REAL TIME RESOLUTIONS,    PO BOX 35888,   Dallas, TX 75235-0888
26815309*    +ST. MARYS HOSPITAL,    1601 CUMMINS DRIVE,   SUITE D-87,   Modesto, CA 95358-6405
26815310*    +U.S. BANK,    3501 JAMBOREE RD.,   Newport Beach, CA 92660-2939
26815311*    +US BANK RMS,    205 W. 4TH ST,   Cincinnati, OH 45202-4824
26815312*    +WASHINGTON MUTUAL/ CHASE,    PO BOX 78065,   Phoenix, AZ 85062-8065
26815313*    +WASHINGTON MUTUAL/ CHASE CARD,    PO BOX 78065,   Phoenix, AZ 85062-8065
26815314*    +WFS,    PO BOX 29704,   Phoenix, AZ 85038-9704
26683025    ##+U.S. BANK,    3501 JAMBOREE RD.,   Newport Beach, CA 92660-2939
                                                                                               TOTALS: 1, * 24, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0973-6         User: cbadraunC           Page 2 of 2              Date Rcvd: Oct 05, 2010
Case: 10-28592               Form ID: b18              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2010**                    Signature:    *Joseph Speetjens*